No. 527, Misc. HOHENSEE ET AL. *v.* MINEAR. Ct. App. Md. Certiorari denied. *Jo V. Morgan, Jr.,* for respondent.

No. 484, Misc. LEVINE ET AL. *v.* REVLON, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 530, Misc. BIGLOW *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. *Phillip A. Hubbart* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 538, Misc. SWANSON *v.* BRIDGES ET AL. C. A. 6th Cir. Certiorari denied. *J. Brad Reed* for respondents.

No. 556, Misc. McCORPEN *v.* CENTRAL GULF STEAMSHIP CORP. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *Leroy Denman Moody* for respondent.

No. 582, Misc. TURNER *v.* SHEEHY, REFORMATORY SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for respondent.

No. 23, Misc. JORDAN *v.* OHIO ET AL. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David F. McLain* for respondents.

No. 55, Misc. SMOAK *v.* CALIFORNIA. Super. Ct. Cal., County of Orange. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.